Same case below, 363 Fed. Appx. 655.

**No. 10-5056. Alejandro DeJesus Hernandez, Petitioner v. J. Martinez, Warden.**

562 U.S. 901, 131 S. Ct. 234, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6069.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 327 Fed. Appx. 340.

**No. 10-5057. Robert Deon Hunter, Sr., aka Bob Hunter, Petitioner v. United States.**

562 U.S. 901, 131 S. Ct. 235, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6299.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 436.

**No. 10-5058. Adetokunbo P. Fayemi, Petitioner v. Illinois.**

562 U.S. 901, 131 S. Ct. 235, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6199.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 389 Ill. App. 3d 1160, 364 Ill. Dec. 651, 976 N.E.2d 1214.

**No. 10-5059. Michael Lee Gordon, Petitioner v. United States.**

562 U.S. 901, 131 S. Ct. 235, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6164.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5060. Emanual Deleon Fields, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 901, 131 S. Ct. 235, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6133.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 588 F.3d 270.

**No. 10-5061. Charnell Goodwin, Petitioner v. Barry Davis, Warden.**

562 U.S. 901, 131 S. Ct. 235, 178 L. Ed. 2d 156, 2010 U.S. LEXIS 6445.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.